# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | PACIFIC IMPERIAL RAILROAD, INC. |
| **Case Number:** | 16-06253-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 03, 2016 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

STATUS CONFERENCE ON CHAPTER 11 PETITION

### Appearances:

ALAN VANDERHOFF, ATTORNEY FOR PACIFIC IMPERIAL RAILROAD, INC.
ARTURO ALEMANY, PRESIDENT AND CEO PRESENT
FLETCHER PATTERSON, SPECIALLY APPEARING FOR CHARLES FLETCHER
DONALD STOECKLEIN, PRO SE CREDITOR
MICHAEL GARDINER, ATTORNEY FOR GARY SWEETWOOD
CHRISTOPHER HAWKINS, ATTORNEY FOR METROPOLITAN TRANSIT SERVICE
DAVID ORTIZ, ATTORNEY FOR OFFICE OF THE US TRUSTEE
JOSEPH HOATS, ATTORNEY FOR THE LOCATI AND INTERNATIONAL RAILROAD INVESTMENT
FUND AND GOLD MOUNTAIN NORTH

### Disposition:

Continued to 1/17/17 at 2:00 p.m.