TENTATIVE RULING
ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: PACIFIC IMPERIAL RAILROAD, INC.

Number: 16-06253-LT11

Hearing: 02:00 PM Tuesday, January 17, 2017

Motion: MOTION ON SHORTENED NOTICE TO ESTABLISH BIDDING PROCEDURES AND APPROVE BREAK-UP FEE FILED ON BEHALF OF PACIFIC IMPERIAL RAILROAD, INC.

Hear.

The opposition of Maasch Law, Inc. raises serious issues. The Court will hear argument but likely will need additional evidence and possibly an evidentiary hearing before it "approves" the proposed stalking horse bid.